ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
California Bar No. 149883
Assistant United States Attorney
Chief, Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6166
    Facsimile: (213) 894-7177
    E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ASSORTED FIREARMS,<br>MOTORCYCLES AND OTHER<br>PERSONAL PROPERTY,<br><br>        Defendants.<br>_____<br><br>MANUEL ARMENDAREZ, RUDY<br>RODRIGUEZ, AND YOLANDA<br>ARMENDAREZ,<br><br>        Claimants.<br>_____ | NO. CV 09-1887 DOC<br><br>**CONSENT JUDGMENT OF FORFEITURE AS TO CLAIMANTS MANUEL ARMENDAREZ, RUDY RODRIGUEZ AND YOLANDA ARMENDAREZ ONLY**<br><br>**[NOTE: THIS ORDER RESOLVES THE CLAIMS OF THREE CLAIMANTS, BUT IS NOT DISPOSITIVE OF THE CASE]** |

    Plaintiff and Claimants Manuel Armendarez, Rudy Rodriguez and Yolanda Armendarez ("Claimants") have made a stipulated request for the entry of this Consent Judgment, resolving the

claims of Claimants in this action in their entirety.  Claimants filed timely claims to the following defendant assets:

    Manuel Armendarez: One 2006 Harley Davidson Road King, VIN 1HD1FRW326Y686642 (09-ATF-000034); and One Harley Davidson Motorcycle, VIN 9D84963H6 (09-ATF-000197).

    Rudy Rodriguez: One 2006 Harley Davidson Road King, VIN 1HD1FRW326Y686642 (09-ATF-000034).

    Yolanda Armendarez: $1,790 U.S. Currency (09-ATF-010627); 25 rounds Winchester-Western ammunition, caliber .40 (09-ATF-001342); 44 rounds Winchester-Western ammunition, caliber .45 (09-ATF-001343); One Cobra Enterprises Patriot SLC pistol, serial number M005223 (09-ATF-001344); and One Smith & Wesson SW40VE Pistol, Serial No. PDD9823 (09-ATF-001367).

Claimants did not file claims to any of the defendant assets other than those listed, and no other claimants have filed claims to the defendant assets listed above.  The time for filing claims and answers has expired.  No other person is believed to have any claim to the defendant assets.

    The Court, having considered the stipulation of the parties, and good cause appearing therefor, **HEREBY ORDERS ADJUDGES AND DECREES**:

    1.  The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court.  No claims or answers have been filed to contest the forfeiture of the defendant assets other than Claimants, and the

2

time for filing claims and answers has expired. This Court has jurisdiction over the parties to this judgment and the defendant assets described herein. Any potential claimants to the defendant assets described herein other than Claimants are deemed to have admitted the allegations of the first amended complaint with respect to these assets.

2. The 2006 Harley Davidson Road King, VIN 1HD1FRW326Y686642 (09-ATF-000034) and the defendant $1,790 U.S. Currency (09-ATF-010627), without interest, shall be returned to Claimants through their counsel. The United States Marshals Service ("USMS") shall return the defendant motorcycle to Claimants not later than 30 days after the entry of this Consent Judgment by making the motorcycle available for pickup by Claimants or their designated representative in the Central or Southern districts of California, at the government's option. The USMS shall return the defendant $1,790.00 to claimant Yolanda Armendarez not later than 30 days after (a) the court enters this Consent Judgment and (b) Claimant provides to the government the bank routing and personal identifiers needed to effect a wire transfer of the funds, whichever is later.

3. The government shall have judgment against the interests of Claimants (and any potential claimants) as to the remaining listed defendant assets (One Harley Davidson Motorcycle, VIN 9D84963H6 (09-ATF-000197); 25 rounds Winchester-Western ammunition, caliber .40 (09-ATF-001342); 44 rounds Winchester-Western ammunition, caliber .45 (09-ATF-001343); One Cobra Enterprises Patriot SLC pistol, serial number M005223 (09-ATF-

3

001344); and One Smith & Wesson SW40VE Pistol, Serial No. PDD9823 (09-ATF-001367)), which assets are hereby forfeited and condemned to the United States, and no other right, title or interest shall exist therein. The government shall dispose of the forfeited assets according to law.

4. Claimants have agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF"), from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the defendant assets and/or the commencement of this civil forfeiture action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Claimants against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.

5. The court finds that there was reasonable cause for the seizure of the defendant assets and the institution of this action as to the defendant assets. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as to the defendant assets.

/ / /

/ / /

/ / /

6. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant assets.

DATED: May 14, 2012                    *David O. Carter*

```
                                    _____
                                    THE HONORABLE DAVID O. CARTER
                                    UNITED STATES DISTRICT JUDGE
```

Prepared by:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

 /s/ Steven R. Welk
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section