ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
California Bar No. 149883
Assistant United States Attorney
Chief, Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6166
    Facsimile:  (213) 894-7177
    E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>                Plaintiff, ) <br> ) <br>           v. ) <br> ) <br> ASSORTED FIREARMS, ) <br> MOTORCYCLES AND OTHER ) <br> PERSONAL PROPERTY, ) <br> ) <br>              Defendants. ) <br> ) <br> _____ ) <br> ) <br> ERIC ROMERO, JOSHUA STEVEN ) <br> TEUTSCHMAN ) <br> ) <br>              Claimant. ) <br> _____ ) | NO.  CV 09-1887 DOC <br><br> **CONSENT JUDGMENT OF FORFEITURE AS TO CLAIMANTS ERIC ROMERO AND JOSHUA STEVEN TEUTSCHMAN ONLY** <br><br> **[NOTE: THIS ORDER RESOLVES THE CLAIM OF ONE CLAIMANT, BUT IS NOT DISPOSITIVE OF THE CASE]** |

    Plaintiff and Claimants Eric Romero and Joshua Steven Teutschman ("Claimants") have made a stipulated request for the entry of this Consent Judgment, resolving the claim of Claimant in this action in its entirety.

Claimants filed a timely claim to the following defendant assets: Romero - One 2008 Harley Davidson FLXH Motorcycle, VIN 1HD1KB4368Y708926 (09-ATF-000133); One Harley Davidson Motorcycle, VIN unknown, License No. 14L1068 (09-ATF-000135); One Harley Davidson Motorcycle, VIN ULT6891ST00023296 (09-ATF-000131); and One Harley Davidson Fatboy Motorcycle VIN 4EML2E2XXW147 . . . (09-ATF-000137). Teutschman filed a claim to One Harley Davidson Motorcycle, VIN ULT6891ST00023296 (09-ATF-000131). Claimants did not file a claim to any of the defendant assets other than those listed, and no other claimants have filed claims to the defendant assets listed above. The time for filing claims and answers has expired. No other person is believed to have any claim to the defendant assets.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, **HEREBY ORDERS, ADJUDGES AND DECREES**:

1. The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. No claims or answers have been filed to contest the forfeiture of the defendant assets other than those filed by Claimants, and the time for filing claims and answers has expired. This Court has jurisdiction over the parties to this judgment and the defendant assets described herein. Any potential claimants to the defendant assets described herein

1  other than Claimants are deemed to have admitted the allegations
2  of the first amended complaint with respect to these assets.
3      2.   The defendants One 2008 Harley Davidson FLXH Motorcycle,
4  VIN 1HD1KB4368Y708926 (09-ATF-000133); One Harley Davidson
5  Motorcycle, VIN unknown, License No. 14L1068 (09-ATF-000135); and
6  One Harley Davidson Motorcycle, VIN ULT6891ST00023296 (09-ATF-
7  000131) shall be returned to Claimants through their counsel.
8  The United States Marshals Service ("USMS") shall make the
9  defendant motorcycles available to Claimants in the Central
10 district of California not later than 30 days after the entry of
11 this Consent Judgment.
12     3.   The government shall have judgment against the interests
13 of Claimants (and any potential claimants) as to the remaining
14 listed defendant asset (One Harley Davidson Fatboy Motorcycle VIN
15 4EML2E2XXW147 . . . (09-ATF-000137)), which is hereby forfeited
16 and condemned to the United States, and no other right, title or
17 interest shall exist therein.  The government shall dispose of
18 the forfeited motorcycle according to law.
19     4.   Claimants have agreed to release the United States of
20 America, its agencies, agents, and officers, including employees
21 and agents of the Bureau of Alcohol, Tobacco, Firearms &
22 Explosives ("ATF"), from any and all claims, actions or
23 liabilities arising out of or related to the seizure and
24 retention of the defendant assets and/or the commencement of this
25 civil forfeiture action, including, without limitation, any claim
26 for attorneys' fees or costs which may be asserted on behalf of

1 | Claimant against the United States, whether pursuant to 28 U.S.C.
2 | § 2465 or otherwise.
3 |     5.   The court finds that there was reasonable cause for the
4 | seizure of the defendant assets and the institution of this
5 | action as to the defendant assets.  This judgment constitutes a
6 | certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as
7 | to the defendant assets.
8 |     6.   Each of the parties shall bear its own fees and costs in
9 | connection with the seizure, retention and return of the
10 | defendant assets.
11 | DATED: May 17, 2012

                            */s/ David O. Carter*
_____
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Prepared by:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

 /s/ Steven R. Welk
_____
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section