```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  California Bar No. 149883
    Assistant United States Attorney
 5  Chief, Asset Forfeiture Section
        Federal Courthouse, 14th Floor
 6      312 North Spring Street
        Los Angeles, California 90012
 7      Telephone:  (213) 894-6166
        Facsimile:  (213) 894-7177
 8      E-mail: Steven.Welk@usdoj.gov

 9  Attorneys for Plaintiff
    United States of America
10
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CV 09-1887 DOC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT JUDGMENT OF** |
| | ) | **FORFEITURE AS TO CLAIMANT** |
| ASSORTED FIREARMS, | ) | **RICARDO GUTIERREZ ONLY** |
| MOTORCYCLES AND OTHER | ) | |
| PERSONAL PROPERTY, | ) | |
| | ) | **[NOTE: THIS ORDER RESOLVES** |
| Defendants. | ) | **THE CLAIMS OF ONE CLAIMANT,** |
| _____ | ) | **BUT IS NOT DISPOSITIVE OF** |
| | ) | **THE CASE]** |
| RICARDO GUTIERREZ, | ) | |
| | ) | |
| Claimant. | ) | |
| _____ | ) | |

Plaintiff and Claimant Ricardo Gutierrez ("Claimant") have made a stipulated request for the entry of this Consent Judgment, resolving the claim of Claimant in this action in its entirety. Claimant filed a timely claim to the defendant $21,260.00 in U.S. Currency (09-ATF-000090).

Claimant did not file claims to any of the other defendant assets, and no other claimants have filed claims to the defendant currency listed above. The time for filing claims and answers has expired. No other person is believed to have any claim to the defendant currency.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, **HEREBY ORDERS ADJUDGES AND DECREES**:

1. The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. No claims or answers have been filed to contest the forfeiture of the defendant currency other than Claimant, and the time for filing claims and answers has expired. This Court has jurisdiction over the parties to this judgment and the defendant currency described herein. Any potential claimants to the defendant currency described herein other than Claimant are deemed to have admitted the allegations of the first amended complaint with respect to the defendant currency.

2. $10,630.00 of the defendant U.S. Currency (09-ATF-000090), without interest, shall be returned to Claimant through his counsel. The United States Marshals Service shall return the defendant $10,630.00 to claimant not later than 30 days after (a) the court enters this Consent Judgment and (b) Claimant provides to the government the bank routing and personal identifiers

needed to effect a wire transfer of the funds, whichever is later.

    3. The government shall have judgment against the interests of Claimant (and any potential claimants) as to the remaining $10,630.00 of the defendant U.S. currency (09-ATF-000090), which asset is hereby forfeited and condemned to the United States, and no other right, title or interest shall exist therein. The government shall dispose of the forfeited asset according to law.

    4. Claimant has agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF"), from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the defendant currency and/or the commencement of this civil forfeiture action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Claimant against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.

    5. The court finds that there was reasonable cause for the seizure of the defendant currency and the institution of this action as to the defendant currency. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as to the defendant currency.

///

///

///

6. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant currency.

DATED: July 31, 2012

_____David O. Carter_____
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Prepared by:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

 /s/ Steven R. Welk
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

4