ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
California Bar No. 149883
Assistant United States Attorney
Chief, Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6166
    Facsimile:  (213) 894-7177
    E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSORTED FIREARMS, MOTORCYCLES AND OTHER PERSONAL PROPERTY,<br><br>    Defendants.<br><br>SALVADOR DAVID NAVA and MARGARITA NAVA,<br><br>    Claimant. | NO.  CV 09-1887 DOC (JCx)<br><br>[~~PROPOSED~~]<br><br>**CONSENT JUDGMENT RE ASSETS CLAIMED BY SALVADOR DAVID NAVA AND MARGARITA NAVA**<br><br>[NOTE: THIS ORDER RESOLVES THE CLAIMS OF TWO CLAIMANTS, BUT IS NOT DISPOSITIVE OF THE CASE] |
|---|---|

    Plaintiff and Claimants Salvador David Nava and Margarita Nava ("Claimants") have made a stipulated request for the entry of this consent judgment of forfeiture resolving all claims concerning the defendant $6,000.00 in U.S. currency (Asset ID No. 09-ATF-000076) and the defendant one 2008 Harley Davidson

Motorcycle, VIN: 1HD1BNL3XSY040459 (Asset ID No. 09-ATF-000178). No other party has made, or is believed to have any claim to either defendant asset, and the time for filing claims has expired.

Good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that the defendant $6,000.00 in U.S. currency (Asset ID No. 09-ATF-000076) is hereby forfeited to the United States, and no other right, title or interest shall exist therein. The defendant one 2008 Harley Davidson Motorcycle, VIN: 1HD1BNL3XSY040459 (Asset ID No. 09-ATF-000178) shall be returned to Claimants through their counsel, and shall be made available to Claimants in the Central District of California.

The Court finds that there was reasonable cause for the seizure of the defendant assets and the institution of this action as to the defendant assets. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as to the defendant assets. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant assets.

DATED: Oct. 4, 2012

_David O. Carter_
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE